David M. Barkan (State Bar No. 160825/barkan@fr.com)
Craig R. Compton (State Bar No. 215491/compton@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
YODLEE, INC.

Drew M. Wintringham, III (Admitted *Pro Hac Vice*/drew.wintringham@cliffordchance.com)
James V. Mahon (Admitted *Pro Hac Vice*/ james.mahon@cliffordchance.com)
Mark W. Rueh (Admitted *Pro Hac Vice*/ mark.rueh@cliffordchance.com)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

Daniel R. Harris (State Bar No. 188417/ daniel.harris@cliffordchance.com)
Nancy K. Raber (State Bar No. 192744/ nancy.raber@cliffordchance.com)
CLIFFORD CHANCE US LLP
990 Marsh Road
Menlo Park, California 94025-1947
Telephone: (650) 566-4300
Facsimile: (650) 566-4399

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.<br><br>　　Plaintiff,<br><br>　　v.<br><br>CASHEDGE, INC.<br><br>　　Defendant. | Case No. C 05-01550 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION TO CLAIM CONSTRUCTION SCHEDULE** |

　　The parties to the above-entitled action, Plaintiff Yodlee, Inc. ("Yodlee") and Defendant CashEdge, Inc. ("CashEdge"), jointly submit this Stipulation and [Proposed] Order re

Modification To Claim Construction Schedule and request the Court to adopt the proposed schedule.

The Court issued a claim construction schedule on March 9, 2006. The last day for Yodlee to depose CashEdge's expert is currently set for April 14, 2006. Due to a family medical emergency, CashEdge's expert is not available for deposition on or before April 14, 2006 and the first day that he may be available is April 19, 2006. Thus, the parties propose the following modification to the schedule as follows:

| Event | Prior Date | New Date |
|---|---|---|
| Expert Deposition Cutoff Re: Responsive Brief | 4/14/06 | 4/19/06 |
| File Reply Brief on Claim Construction | 4/17/06 | 4/20/06 |

Dated: April 12, 2006                                    Dated: April 12, 2006

FISH & RICHARDSON P.C.                       CLIFFORD CHANCE LLP

By:    /s/ Craig R. Compton                       By    /s/ Mark Rueh
         Craig R. Compton                                    Mark Rueh

Attorneys for Plaintiff                                Attorneys for Defendant
YODLEE, INC.                                          CASHEDGE, INC.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mark Rueh.

Dated: April 12, 2006                                    FISH & RICHARDSON P.C.

By:    \s\ Craig R. Compton
         Craig R. Compton

Attorneys for Plaintiff
YODLEE, INC.

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | Dated: _____, 2006 |

*[Signature: Susan Illston]*

Honorable Susan Illston
United States District Judge

50341662.doc