|   |   |
|---|---|
| 1 | David M. Barkan (State Bar No. 160825/barkan@fr.com) |
|   | Craig R. Compton (State Bar No. 215491/compton@fr.com) |
| 2 | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
| 3 | Redwood City, California 94063 |
|   | Telephone: (650) 839-5070 |
| 4 | Facsimile: (650) 839-5071 |
| 5 | Attorneys for Plaintiff YODLEE, INC. |
| 6 | Drew M. Wintringham, III (Admitted *Pro Hac Vice*/drew.wintringham@cliffordchance.com) |
|   | Mark W. Rueh (Admitted *Pro Hac Vice*/ mark.rueh@cliffordchance.com) |
| 7 | CLIFFORD CHANCE US LLP |
|   | 31 West 52nd Street |
| 8 | New York, NY 10019-6131 |
|   | Telephone: (212) 878-8000 |
| 9 | Facsimile: (212) 878-8375 |
| 10 | Daniel R. Harris (State Bar No. 188417/ daniel.harris@cliffordchance.com) |
|   | Nancy K. Raber (State Bar No. 192744/ nancy.raber@cliffordchance.com) |
| 11 | CLIFFORD CHANCE US LLP |
|   | 990 Marsh Road |
| 12 | Menlo Park, California 94025-1947 |
|   | Telephone: (650) 566-4300 |
| 13 | Facsimile: (650) 566-4399 |
| 14 | Attorneys for Defendant |
|   | CASHEDGE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| YODLEE, INC., | Case No. C 05-01550 (SI) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME IN WHICH TO COMPLETE MEDIATION** |
| v. |   |
| CASHEDGE, INC., |   |
| Defendant. |   |

The parties to the above-entitled action, Plaintiff Yodlee, Inc. ("Yodlee") and Defendant CashEdge, Inc. ("CashEdge"), jointly submit this Stipulation and [Proposed] Order Re Extension of Time in Which to Complete Mediation and request that the Court adopt the proposed extension.

On April 18, 2006, the parties participated in a pre-mediation teleconference with Court-appointed mediator Debra Mellinkoff. All parties are in agreement that a mediation would be most productive if it took place within 60 days following the issuance of the Claim Construction Order. The parties therefore request that the deadline for mediation be extended to 60 days after the issuance of the Claim Construction Order.

Dated: May 19, 2006

FISH & RICHARDSON P.C.

By: /s/ David M. Barkan
    David M. Barkan

Attorneys for Plaintiff
YODLEE, INC.

Dated: May 19, 2006

CLIFFORD CHANCE LLP

By: /s/ Mark W. Rueh
    Mark W. Rueh

Attorneys for Defendant
CASHEDGE, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mark W. Rueh.

Dated: May 19, 2006

FISH & RICHARDSON P.C.

By: \s\ David M. Barkan
    David M. Barkan

Attorneys for Plaintiff
YODLEE, INC.

## ORDER

IT IS SO ORDERED.

Dated: _____, 2006

_____
Honorable Susan Illston
United States District Judge

50343703

2    STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME IN WHICH TO COMPLETE MEDIATION
Case No. C 05-01550 (SI)