IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YODLEE INC.,                                      No. C 05-01550 SI

                    Plaintiff,                    **PRETRIAL PREPARATION ORDER**

    v.

 CASHEDGE INC.,

                    Defendant.
_____/

        It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 20, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is to be set.

DESIGNATION OF EXPERTS: to be set; REBUTTAL: to be set.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is to be set.

DISPOSITIVE MOTIONS **SHALL** be filed by June 1, 2007;

        Opp. Due June 15, 2007;  Reply Due June 22, 2007;

         and set for hearing no later than July 6, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 4, 2007 at 3:30 PM.

JURY TRIAL DATE: September 17, 2007 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall prepare an order setting forth the discovery schedule and the patent briefing schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:
                                        _____
                                        SUSAN ILLSTON
                                        United States District Judge

**United States District Court**
For the Northern District of California