Drew M. Wintringham, III (Pro Hac Vice)
Mark W. Rueh (Pro Hac Vice)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

Daniel R. Harris (State Bar No. 188417)
CLIFFORD CHANCE US LLP
990 Marsh Road
Menlo Park, California 94025-1947
Telephone: (650) 566-4300
Facsimile: (650) 566-4399

Attorneys for Defendant
CASHEDGE, INC.

David M. Barkan (CSB No. 160825/barkan@fr.com)
Craig R. Compton (CSB No. 215491/compton@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
YODLEE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>CASHEDGE, INC.<br><br>    Defendant. | Case No. C 05-01550 (SI)<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

Counsel for plaintiff Yodlee, Inc. and defendant CashEdge, Inc. having attended the July 7, 2006 Case Management Conference and having reached agreement on proposed dates for the case schedule, jointly submit this proposed schedule for the remainder of the case and request the Court to adopt it as a Supplemental Case Management Order in this case.

## I. THE PARTIES' PROPOSED SCHEDULE FOR THE REMAINDER OF THE CASE

| Date | Event |
| --- | --- |
| September 22, 2006 | Last day for Mediation to be held |
| October 30, 2006 | Last day to serve Final Infringement Contentions if applicable under Patent L.R. 3-6 |
| November 29, 2006 | Last day to serve Final Invalidity Contentions if applicable under Patent L.R. 3-6 |
| November 29, 2006 | Last day for CashEdge to produce any opinion relied upon as part of defense to willful infringement pursuant to Patent L.R. 3-8 |
| February 9, 2007 | Close of fact discovery |
| February 28, 2007 | Expert reports on subjects for which the party bears the burden of proof |
| March 28, 2007 | Expert reports in reply to expert reports received |
| April 27, 2007 | Close of expert discovery |
| June 1, 2007 | Last day for parties to file dispositive motions |
| June 15, 2007 | Opposition briefs to dispositive motions filed on June 1, 2007 due |
| June 22, 2007 | Reply briefs to dispositive motions filed on June 1, 2007 due |
| July 6, 2007 | Hearing on dispostive motions |
| August 21, 2007 | Joint Pretrial Statement |
| September 4, 2007 | Pretrial Conference |
| September 17, 2007[1] | Start of Trial |

---

[1] The parties also request that the trial day scheduled for September 21, 2007 end at 3:30 p.m. in observance of Yom Kippur, which begins that evening.

Case No. C 05-01550 (SI)

NYA 794616.1

| | | |
|---|---|---|
| 1 | Dated: July 21, 2006 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: _____/s/_____ |
| | | Craig R. Compton |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | YODLEE, INC. |
| 6 | | |
| 7 | Dated: July 21, 2006 | CLIFFORD CHANCE US LLP |

By: _____/s/_____
Mark W. Rueh

Attorneys for Defendant
CASHEDGE, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from [name].

Dated: July 21, 2006              CLIFFORD CHANCE US LLP

By: _____/s/_____
Mark W. Rueh

Attorneys for Defendant
CASHEDGE, INC.

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as the Supplemental Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: _____, 2006              _____/s/ Susan Illston_____
The Honorable Susan Illston
United States District Court Judge
Northern District of California

3

Case No. C 05-01550 (SI)

NYA 794616.1