IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YODLEE, INC., | No. C 05-01550 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| CASHEDGE, INC., | |
| Defendant. | |

By letter brief filed August 24, 2006, plaintiff Yodlee, Inc. seeks to compel production of documents relating to the computer source code and associated technical documentation for defendant CashEdge Inc.'s Data Aggregation Products. Plaintiff also seeks to compel defendant to propose dates for the deposition of its Rule 30(b)(6) designees. In its letter brief filed August 28, 2006, defendant responded that it was preparing a responsive document production, for delivery to plaintiff the week ending September 1, 2006. Further, defendant stated that it would offer dates for the Rule 30(b)(6) depositions following completion of mediation, which was scheduled for September 19, 2006. It therefore appears that no intervention of the Court is necessary at this time, as defendant has produced a responsive document production, and the parties should this week be scheduling the depositions at issue. Should defendant's anticipated responses not be satisfactory, plaintiff may submit further letter briefs. For the above reasons, the Court hereby DENIES the motion to compel. (Docket # 73)

**IT IS SO ORDERED.**

Dated: September 25, 2006

SUSAN ILLSTON
United States District Judge