| | |
|---|---|
| 1 | Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com) |
| 2 | Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)<br>CLIFFORD CHANCE US LLP |
| 3 | 31 West 52nd Street<br>New York, New York 10019-6131 |
| 4 | Tel: (212) 878-8000<br>Fax: (212) 878-8375 |
| 5 | Daniel R. Harris (State Bar No. 188417/daniel.harris@cliffordchance.com) |
| 6 | CLIFFORD CHANCE US LLP<br>990 Marsh Road |
| 7 | Menlo Park, California 94025-1949<br>Tel: (650) 566-4300 |
| 8 | Fax: (650) 566-4399 |
| 9 | Attorneys for Defendant and Plaintiff<br>CASHEDGE INC. |
| 10 | David M. Barkan (State Bar No. 160825/barkan@fr.com) |
| 11 | Criag R. Compton (State Bar No. 215491/compton@fr.com)<br>FISH & RICHARDSON P.C. |
| 12 | 500 Arguello Street, Suite 500<br>Redwood City, California 94063 |
| 13 | Tel: (650) 839-5070<br>Fax: (650) 839-5071 |
| 14 | Attorneys for Plaintiff and Defendant<br>YODLEE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASHEDGE INC.,<br><br>　　　　Defendant. | Case No. C 05-01550 SI<br><br>**STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| CASHEDGE INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YODLEE, INC.,<br><br>　　　　Defendant. | Case No. C 06-04648 SI<br><br>STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE |

The parties to the above-entitled actions hereby stipulate that

(A)　due to the unavailability of counsel for CashEdge Inc., the Further Case Management Conference in Case No. C 05-1550 (SI), presently scheduled for October 19, 2006; and

(B)　due to the unavailability of counsel for Yodlee, Inc., the Initial Case Management Conference in Case No. C 06-4648 (SI), presently scheduled for November 3, 2006;

each be rescheduled for December 15, 2006.

Dated: September 27, 2006

CLIFFORD CHANCE US LLP

By: _____
　　　Daniel M. Goldfisher

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

Dated: September 27, 2006

FISH & RICHARDSON P.C.

By:　/s/ David M. Barkan
　　　David M. Barkan

Attorneys for Plaintiff and Defendant
YODLEE, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: September 27, 2006                    CLIFFORD CHANCE US LLP

By: /s/ Daniel M. Goldfisher
Daniel M. Goldfisher

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

Daniel R. Harris (State Bar No. 188417/daniel.harris@cliffordchance.com)
CLIFFORD CHANCE US LLP
990 Marsh Road
Menlo Park, California 94025-1949
Tel: (650) 566-4300
Fax: (650) 566-4399

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

David M. Barkan (State Bar No. 160825/barkan@fr.com)
Criag R. Compton (State Bar No. 215491/compton@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiff and Defendant
YODLEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CASHEDGE INC.,<br><br>Defendant. | Case No. C 05-01550 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| CASHEDGE INC., | Case No. C 06-04648 SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| YODLEE, INC., | |
| Defendant. | |

The parties to the above-entitled actions having stipulated to the unavailability of counsel to appear at the currently scheduled Case Management Conferences on October 19, 2006 in Case No. 05-1550 (SI), and November 3, 2006 in Case No. 06-4648 (SI);

IT IS HEREBY ORDERED that the Case Management Conferences in the aforementioned cases be rescheduled for December 15, 2006.

**IT IS SO ORDERED**

Dated: _____, 2006

_Susan Illston_ (signature)

_____
Honorable Susan Illston
United States District Judge