| | |
|---|---|
| 1 | David M. Barkan (State Bar No. 160825/barkan@fr.com) |
| 2 | Craig R. Compton (State Bar No. 215491/compton@fr.com)<br>FISH & RICHARDSON P.C. |
| 3 | 500 Arguello Street, Suite 500<br>Redwood City, California 94063 |
| 4 | Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| 5 | Attorneys for Plaintiff |
| 6 | YODLEE, INC. |
| 7 | Drew M. Wintringham, III (Admitted *Pro Hac Vice*/drew.wintringham@cliffordchance.com)<br>Daniel M. Goldfisher (Admitted *Pro Hac Vice*/ daniel.goldfisher@cliffordchance.com) |
| 8 | CLIFFORD CHANCE US LLP<br>31 West 52nd Street |
| 9 | New York, NY 10019-6131<br>Telephone: (212) 878-8000 |
| 10 | Facsimile: (212) 878-8375 |
| 11 | Daniel R. Harris (State Bar No. 188417/ daniel.harris@cliffordchance.com)<br>CLIFFORD CHANCE US LLP |
| 12 | 990 Marsh Road<br>Menlo Park, California 94025-1947 |
| 13 | Telephone: (650) 566-4300<br>Facsimile: (650) 566-4399 |
| 14 | Attorneys for Defendant CASHEDGE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>CASHEDGE INC.<br><br>  Defendant. | Case No. C 05-01550 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING THE SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |

Counsel for plaintiff Yodlee, Inc. and defendant CashEdge Inc., having conferred and arrived at an agreement on proposed changes to the case schedule listed in the chart below, jointly

submit this proposed schedule for the remainder of the case and request the Court to adopt it as an Amended Case Management Order in this case.

The Court issued a scheduling order on July 24, 2006. The parties have not previously requested changes to this scheduling order. The parties propose changing the dates for three events regarding disclosures made pursuant to the Patent Local Rules (Final Infringement Contentions, Final Invalidity Contentions, and disclosures regarding reliance on an opinion of counsel). None of these disclosures are filed with the Court. The proposed changes are requested for the convenience of the witnesses and parties in light of the deadlines for the required patent disclosures. Thus, the parties propose the following modifications to the schedule:

## I. THE PARTIES' PROPOSED SCHEDULE FOR THE REMAINDER OF THE CASE

| Original Date | Proposed Change | Event |
| --- | --- | --- |
| October 30, 2006 | December 8, 2006 | Last day to serve Final Infringement Contentions if applicable under Patent L.R. 3-6 |
| November 29, 2006 | January 16, 2007 | Last day to serve Final Invalidity Contentions if applicable under Patent L.R. 3-6 |
| November 29, 2006 | January 16, 2007 | Last day for CashEdge to produce any opinion relied upon as part of defense to willful infringement pursuant to Patent L.R. 3-8 |
| February 9, 2007 | Date remains the same | Close of fact discovery |
| February 28, 2007 | Date remains the same | Expert reports on subjects for which the party bears the burden of proof |
| March 28, 2007 | Date remains the same | Expert reports in reply to expert reports received |
| April 27, 2007 | Date remains the same | Close of expert discovery |
| June 1, 2007 | Date remains the same | Last day for parties to file dispositive motions |
| June 15, 2007 | Date remains the same | Opposition briefs to dispositive motions filed on June 1, 2007 due |
| June 22, 2007 | Date remains the same | Reply briefs to dispositive motions filed on June 1, 2007 due |
| July 6, 2007 | Date remains the same | Hearing on dispositive motions |

| Original Date | Proposed Change | Event |
|---|---|---|
| August 21, 2007 | Date remains the same | Joint Pretrial Statement |
| September 4, 2007 | Date remains the same | Pretrial Conference |
| September 17, 2007[1] | Date remains the same | Start of Trial |

Dated: October 9, 2006                                          Dated: October 9, 2006

FISH & RICHARDSON P.C.                              CLIFFORD CHANCE LLP


By:   /s/ Craig R. Compton                            By:   /s/ Daniel M. Goldfisher
      Craig R. Compton                                      Daniel M. Goldfisher

Attorneys for Plaintiff                                       Attorneys for Defendant
YODLEE, INC.                                                    CASHEDGE INC.


     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Daniel M. Goldfisher.            .

Dated:  October 9, 2006                                   FISH & RICHARDSON P.C.


                                                    By:  /s/Craig R. Compton
                                                           Craig R. Compton

                                                           Attorneys for Plaintiff
                                                           YODLEE, INC.

/ / /

/ / /

/ / /

/ / /

---

[1] The parties also request that the trial day scheduled for September 21, 2007 end at 3:30 p.m. in observance of Yom Kippur, which begins that evening.

**AMENDED CASE MANAGEMENT ORDER**

The Amended Case Management Statement and Proposed Order is hereby adopted by the Court as the Amended Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: _____, 2006      _____
The Honorable Susan Illston
United States District Court Judge

50376570.doc