1 | Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
2 | CLIFFORD CHANCE US LLP
31 West 52nd Street
3 | New York, New York 10019-6131
Tel: (212) 878-8000
4 | Fax: (212) 878-8375

5 | Attorneys for Defendant and Plaintiff
CASHEDGE INC.
6 |
David M. Barkan (State Bar No. 160825/barkan@fr.com)
7 | Craig R. Compton (State Bar No. 215491/compton@fr.com)
FISH & RICHARDSON P.C.
8 | 500 Arguello Street, Suite 500
Redwood City, California 94063
9 | Tel: (650) 839-5070
Fax: (650) 839-5071
10 |
Attorneys for Plaintiff and Defendant
11 | YODLEE, INC.

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | (SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CASHEDGE INC.,<br><br>    Defendant. | Case No. C 05-01550 SI<br><br>**STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
| CASHEDGE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YODLEE, INC.,<br><br>    Defendant. | Case No. C 06-04648 SI<br><br>**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCES — -1- — Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
NYA 815592.3

The parties presently are engaged in discussions and are engaging in informal discovery which could result in resolution of Case No. C 06-4648 (SI) and require three to four weeks for that analysis. The parties also would like to maintain the two related cases' case management conferences on a single date and would like the opportunity to resolve certain outstanding discovery issues in Case No. C 05-1550 (SI) prior to such conferences.

As such, the parties to the above-entitled actions hereby jointly request that

    (A)    the Further Case Management Conference in Case No. C 05-1550 (SI), presently scheduled for December 15, 2006; and

    (B)    the Initial Case Management Conference in Case No. C 06-4648 (SI), presently scheduled for December 15, 2006;

each be rescheduled for January 26, 2007, or a later date that is convenient for the Court.

| | |
|---|---|
| Dated: December 13, 2006 | Dated: December 13, 2006 |
| CLIFFORD CHANCE US LLP | FISH & RICHARDSON P.C. |
| By: /s/ Drew M. Wintringham, III<br>Drew M. Wintringham, III | By: /s/ David M. Barkan<br>David M. Barkan |
| Attorneys for Defendant and Plaintiff<br>CASHEDGE INC. | Attorneys for Plaintiff and Defendant<br>YODLEE, INC. |

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: December 13, 2006          CLIFFORD CHANCE US LLP


By: /s/ Drew M. Wintringham, III
      Drew M. Wintringham, III

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

| | |
|---|---|
| 1 | Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com) |
| 2 | Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)<br>CLIFFORD CHANCE US LLP |
| 3 | 31 West 52nd Street<br>New York, New York 10019-6131 |
| 4 | Tel: (212) 878-8000<br>Fax: (212) 878-8375 |
| 5 | Attorneys for Defendant and Plaintiff |
| 6 | CASHEDGE INC. |
| 7 | David M. Barkan (State Bar No. 160825/barkan@fr.com)<br>Craig R. Compton (State Bar No. 215491/compton@fr.com) |
| 8 | FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500 |
| 9 | Redwood City, California 94063<br>Tel: (650) 839-5070 |
| 10 | Fax: (650) 839-5071 |
| 11 | Attorneys for Plaintiff and Defendant<br>YODLEE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>CASHEDGE INC.,<br><br>      Defendant. | Case No. C 05-01550 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
| CASHEDGE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>YODLEE, INC.,<br><br>      Defendant. | Case No. C 06-04648 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

1   The parties to the above-entitled actions having so stipulated,

2   IT IS HEREBY ORDERED that the currently scheduled Case Management Conferences
3   in each of the above captioned cases be rescheduled for a date that is convenient for the Court on
4   or after January 26, 2007.

6   **IT IS SO ORDERED**

8   Dated:  December __, 2006

_____
Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE  -2-  Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
CASE MANAGEMENT CONFERENCES                                NYA 815593.3