1  Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
   Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
2  CLIFFORD CHANCE US LLP
   31 West 52nd Street
3  New York, New York  10019-6131
   Tel:  (212) 878-8000
4  Fax: (212) 878-8375

5  Attorneys for Defendant and Plaintiff
   CASHEDGE INC.

6
   David M. Barkan (State Bar No. 160825/barkan@fr.com)
7  Craig R. Compton (State Bar No. 215491/compton@fr.com)
   FISH & RICHARDSON P.C.
8  500 Arguello Street, Suite 500
   Redwood City, California  94063
9  Tel:  (650) 839-5070
   Fax: (650) 839-5071

10
   Attorneys for Plaintiff and Defendant
11 YODLEE, INC.

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14             (SAN FRANCISCO DIVISION)

15                                              Case No. C 05-01550 SI
   YODLEE, INC.,
16                                              **STIPULATION TO RESCHEDULE
                                                FURTHER CASE MANAGEMENT
17         Plaintiff,                           CONFERENCE**

18         v.

19 CASHEDGE INC.,

20         Defendant.

                                                Case No. C 06-04648 SI
21 CASHEDGE INC.,
                                                **STIPULATION TO RESCHEDULE
22         Plaintiff,                           INITIAL CASE MANAGEMENT
                                                CONFERENCE**
23         v.

24 YODLEE, INC.,

25         Defendant.

26

27

28

STIPULATION TO RESCHEDULE CASE MANAGEMENT          -1-     Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
CONFERENCES                                                                          NYA 819730.1

1   The parties presently are engaged in discussions which could result in resolution of these

2   cases. The parties would like to maintain the two related cases' case management conferences

3   on a single date.

4       As such, the parties to the above-entitled actions hereby jointly request that

5       (A)   the Further Case Management Conference in Case No. C 05-1550 (SI),

6             presently scheduled for January 26, 2007; and

7       (B)   the Initial Case Management Conference in Case No. C 06-4648 (SI),

8             presently scheduled for January 26, 2007;

9   each be rescheduled for February 23, 2007, or a later date that is convenient for the Court.

10

11  Dated: January 24, 2007                     Dated: January 24, 2007

12  CLIFFORD CHANCE US LLP                      FISH & RICHARDSON P.C.

13

    By:  /s/ Drew M. Wintringham, III          By:  /s/ David M. Barkan
14       Drew M. Wintringham, III                    David M. Barkan

15  Attorneys for Defendant and Plaintiff       Attorneys for Plaintiff and Defendant
    CASHEDGE INC.                               YODLEE, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO RESCHEDULE CASE MANAGEMENT          -2-          Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
CONFERENCES                                                                              NYA 819730.1

1    **DECLARATION**

2        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

3    penalty of perjury that concurrence in the filing of this document has been obtained from

4    David M. Barkan.

5    Dated: January 24, 2007                          CLIFFORD CHANCE US LLP

6

7                                                     By:  /s/ Drew M. Wintringham, III
                                                              Drew M. Wintringham, III
8
                                                     Attorneys for Defendant and Plaintiff
9                                                    CASHEDGE INC.

10

11                                    **ORDER**

12

13        IT IS SO ORDERED.

14   Dated: _____, 2007

15

16

17                                                   Honorable Susan Illston
                                                     United States District Judge
18

19

20

21

22

23

24

25

26

27

28