David M. Barkan (State Bar No. 160825/barkan@fr.com)
Craig R. Compton (State Bar No. 215491/compton@fr.com)
Jonathan J. Lamberson (State Bar No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
YODLEE, INC.

Drew M. Wintringham, III (admitted *pro hac vice*/
drew.wintringham@cliffordchance.com)
Jon R. Fritz (admitted *pro hac vice*/ jon.fritz@cliffordchance.com)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

Attorneys for Defendant
CASHEDGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>CASHEDGE INC.<br><br>    Defendant. | Case No. C 05-01550 (SI)<br><br>**JOINT [PROPOSED] AMENDED SCHEDULING ORDER** |

  The parties participated in case management conference on February 23, 2007. During the case management conference the Court set the pre-trial conference and trial dates to be November 6 and November 19, 2007, and requested the parties jointly submit a schedule for the remainder of the case. The following is the parties' proposed schedule:

**THE PARTIES' PROPOSED SCHEDULE FOR THE REMAINDER OF THE CASE**

| Prior Date | New Date | Event |
|---|---|---|
| Feb. 9, 2007 | Apr. 13, 2007 | Close of fact discovery |
| Feb. 28, 2007 | Apr. 24, 2007 | Expert reports on subjects for which the party bears the burden of proof |
| Mar. 28, 2007 | May 18, 2007 | Expert reports in reply to expert reports received |
| Apr. 27, 2007 | June 19, 2007 | Close of expert discovery |
| June 1, 2007 | July 6, 2007 | Last day for parties to file dispositive motions |
| June 15, 2007 | July 20, 2007 | Opposition briefs to dispositive motions filed on July 6, 2007 due |
| June 22, 2007 | July 27, 2007 | Reply briefs to dispositive motions filed on July 6, 2007 due |
| July 6, 2007 | Aug. 10, 2007 | Hearing on dispositive motions |
| Aug. 21, 2007 | Oct. 23, 2007 | Joint Pretrial Statement |
| Sept. 4, 2007 | Nov. 6, 2007 | Pretrial conference 3:30 p.m. |
| Sept. 17, 2007 | Nov. 19, 2007 | Jury Trial 8:30 a.m. |

Dated: February 28, 2007                             Dated: February 28, 2007

FISH & RICHARDSON P.C.                               CLIFFORD CHANCE LLP


By:  /s/ David M. Barkan                             By   /s/ Drew M. Wintringham, III
     David M. Barkan                                      Drew M. Wintringham, III

Attorneys for Plaintiff                              Attorneys for Defendant
YODLEE, INC.                                         CASHEDGE INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Drew M. Wintringham, III.

Dated:  February 28, 2007                            FISH & RICHARDSON P.C.


                                                     By:  /s/ David M. Barkan
                                                          David M. Barkan

                                                     Attorneys for Plaintiff
                                                     YODLEE, INC.

2

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | IT IS SO ORDERED. |
| 4 | Dated: _____, 2007 |
| 5 | [signature: Susan Illston] |
| 6 | Honorable Susan Illston<br>United States District Judge |

50402173.doc

3