1  Josh A. Krevitt, SBN 208552
   GIBSON, DUNN & CRUTCHER LLP
2  200 Park Avenue
   New York, NY 10166-0193
3  Telephone:   (212) 351-4000
   Facsimile:   (212) 351-4035
4  jkrevitt@gibsondunn.com

5  Sarah E. Piepmeier, SBN 227094
   GIBSON, DUNN & CRUTCHER LLP
6  One Montgomery Street, Suite 3100
   San Francisco, California 94104
7  Telephone:   (415) 393-8200
   Facsimile:   (415) 374-8404
8  spiepmeier@gibsondunn.com

9  Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>CASHEDGE, INC.,<br><br>            Defendant. | CASE NO. C 05-01550 (SI)<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**SUBSTITUTION OF COUNSEL** |

IT IS HEREBY ORDERED that, pursuant to the Notice of Substitution of Counsel submitted by Defendant CashEdge, Inc. ("CashEdge") on March 13, 2007, CashEdge shall be represented in this matter by:

       Josh A. Krevitt, SBN 208552
       GIBSON, DUNN & CRUTCHER LLP
       200 Park Avenue
       New York, New York 10166-0193
       Telephone:   (212) 351-4000
       Facsimile:   (212) 351-4035
       jkrevitt@gibsondunn.com

       Sarah E. Piepmeier, SBN 227094
       GIBSON, DUNN & CRUTCHER LLP

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL                                           CASE NO. 05-01550 (SI)

One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404
spiepmeier@gibsondunn.com

DATED: _____    _____
    The Honorable Susan Illston
    United States District Judge

Respectfully Submitted,
GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
    Sarah E. Piepmeier
    Attorneys for Defendant CASHEDGE, INC.

100164612_1.DOC