COOLEY GODWARD KRONISH LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
BRIAN E. MITCHELL (190095) (bmitchell@cooley.com)
CHRISTOPHER D. JENSEN (235108) (cjensen@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
CASHEDGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASHEDGE INC., <br><br> Defendant. | Case No. C 05-1550 SI <br><br> **E-FILING** <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

**PLEASE TAKE NOTICE** that the undersigned no longer represents Defendant Cashedge Inc., and therefore requests that the law firm of Cooley Godward Kronish LLP be removed from the docket of this case. Additionally, the undersigned requests that they be removed from the service list of Defendant's counsel and all other interested parties:

| | |
|---|---|
| Thomas J. Friel, Jr. <br> Cooley Godward Kronish LLP <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111-5800 <br> Email: tfriel@cooley.com | Brian E. Mitchell <br> Cooley Godward Kronish LLP <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111-5800 <br> Email: bmitchell@cooley.com |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1032579 v1/SF

1.

**C 05-1550 SI**

| | |
|---|---|
| Christopher D. Jensen<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Email: cjensen@cooley.com | |
| Dated: March 20, 2007 | COOLEY GODWARD KRONISH LLP<br><br>_____/s/_____<br>Brian E. Mitchell (190095)<br>Attorneys for Defendant<br>CASHEDGE INC. |



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA