Josh A. Krevitt, SBN 208552
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com

Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404
wbarsky@gibsondunn.com
spiepmeier@gibsondunn.com

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>CASHEDGE, INC.,<br><br>        Defendant. | CASE NO. C 05-01550 (SI)<br><br>**JOINT STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER** |

The parties, having met and conferred, respectfully and jointly request that the Court enter an amended scheduling Order in the form set forth below.

Good cause for such an Order exists, and the parties' joint request should be granted, because both parties diligently have endeavored, and continue to endeavor, to prepare this case for trial on the existing trial schedule notwithstanding CashEdge's recent substitution of new counsel, and the outstanding discovery that remains to be completed in this action. Following CashEdge's substitution of new counsel submitted on March 13, 2007, and continuing until this day, the parties

have been working diligently to resolve certain substantial and complex discovery and case management issues without burdening the Court.  Given the complexity and scope of this action, however, the parties mutually believe that additional time for discovery is necessary.[1]  The proposed schedule submitted herewith does *not*, however, alter the existing trial date or the existing date for the pre-trial conference.

The parties therefore desire to proceed, subject to the Court's approval, in accordance with the following schedule.[2]  The parties have endeavored to propose a schedule that maintains the existing trial date, currently set for November 19, 2007, and related pretrial dates.  *See* Mar. 2, 2007 Order, Docket No. 112-1.

**THE PARTIES' PROPOSED SCHEDULE**

| **Prior Date** | **New Date** | **Event** |
| --- | --- | --- |
| Apr. 13, 2007 | July 13, 2007 | Close of fact discovery |
| Apr. 24, 2007 | July 27, 2007 | Expert reports on subjects for which the party bears the burden of proof |
| May 18, 2007 | Aug. 20, 2007 | Expert reports in reply to expert reports received |
| June 19, 2007 | Aug. 31, 2007 | Close of expert discovery |
| July 6, 2007 | Sept. 7, 2007 | Last day for parties to file dispositive motions |
| July 20, 2007 | Sept. 21, 2007 | Opposition briefs due to dispositive motions filed on last possible day to file |
| July 27, 2007 | Sept. 28, 2007 | Reply briefs due to dispositive motions filed on last day possible day to file |

---

[1] In this action, Yodlee is currently asserting the infringement of 149 claims of nine patents by the entire suite of CashEdge's existing products.

[2] While CashEdge will continue to work with Yodlee to make every effort to prepare this case for trial in accordance with the existing trial date, CashEdge is concerned that the parties may not, despite their best efforts, be successful in this regard, and CashEdge therefore respectfully reserves the right to request a modification of the trial date at a later time, should that become appropriate.

| Prior Date | New Date | Event |
|---|---|---|
| Aug. 10, 2007 | Oct. 12, 2007 | Hearing on dispositive motions |
| Oct. 23, 2007 | Oct. 23, 2007 | Joint Pretrial Statement |
| Nov. 6, 2007 | Nov. 6, 2007 | Pretrial conference 3:30 p.m. |
| Nov. 19, 2007 | Nov. 19, 2007 | Jury Trial 8:30 a.m. |

The parties hereby jointly agree to proceed in accordance with the proposed schedule until the Court approves it or directs otherwise.

For the foregoing reasons, the parties respectfully request that the Court enter the proposed Order.

DATED: April 11, 2007    FISH & RICHARDSON, P.C.

By: /s/
       David M. Barkan

Attorneys for Plaintiff
YODLEE, INC.

DATED: April 11, 2007    GIBSON, DUNN & CRUTCHER LLP

By: /s/
       Sarah E. Piepmeier

Attorneys for Defendant
CASHEDGE, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sarah E. Piepmeier, attest that I obtained the concurrence of David M. Barkan in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 11th day of April, 2007 at New York, NY.

/s/

Sarah E. Piepmeier

### **[PROPOSED] ORDER**

Good cause having been shown, IT IS SO ORDERED.

Dated: April __, 2007.

_____
Honorable Susan Illston
United States District Judge