Josh A. Krevitt, SBN 208552
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com

Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404
wbarsky@gibsondunn.com
spiepmeier@gibsondunn.com

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CASHEDGE, INC.,<br><br>Defendant. | CASE NO. C 05-01550 (SI)<br><br>**JOINT STIPULATION EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Yodlee, Inc. ("Yodlee") filed its Motion for Summary Judgment of Infringement of the '077 Patent ("Yodlee's Motion") on March 20, 2007, and noticed the hearing for April 27, 2007; and

WHEREAS, the Court entered an Order on March 21, 2007 that continued the hearing on Yodlee's Motion until May 11, 2007; and

WHEREAS, Yodlee and Defendant CashEdge, Inc. ("CashEdge") have agreed to continue the hearing until June 8, 2007 at 9:00 a.m.; and

WHEREAS, Yodlee and CashEdge have further agreed that CashEdge will file its Opposition to Yodlee's Motion on or before May 15, 2007, and Yodlee will file its Reply to CashEdge's Opposition on or before May 25, 2007; and

WHEREAS, Yodlee and CashEdge have also agreed that if the hearing on Yodlee's Motion is continued beyond June 8, 2007, the deadlines for CashEdge's Opposition and Yodlee's Reply shall occur as set forth in NDCA Civil Local Rule 7-3;

IT IS STIPULATED THAT CashEdge's Opposition shall be filed on May 15, 2007; Yodlee's Reply shall be filed on May 25, 2007; and the Motion shall be heard on June 8, 2007 at 9:00 a.m. before the Honorable Susan Illston.

DATED: April 16, 2007            FISH & RICHARDSON, P.C.

By: _____/s/_____
         Craig R. Compton

Attorneys for Plaintiff
YODLEE, INC.

DATED: April 16, 2007            GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
         Sarah E. Piepmeier

Attorneys for Defendant
CASHEDGE, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Sarah E. Piepmeier, attest that I obtained the concurrence of Craig R. Compton in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 16th day of April, 2007 at New York, New York.

/s/

Sarah E. Piepmeier

100164612_1.DOC

## **[PROPOSED] ORDER**

Good cause having been shown, IT IS SO ORDERED.

Dated: April __, 2007.

*[signature: Susan Illston]*

Honorable Susan Illston
United States District Judge

4