Josh A. Krevitt, SBN 208552
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com

Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404
wbarsky@gibsondunn.com
spiepmeier@gibsondunn.com

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CASHEDGE, INC.,<br><br>Defendant. | CASE NO. C 05-01550 (SI)<br><br>**JOINT STIPULATION SHORTENING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND FINAL INVALIDITY CONTENTIONS AND [PROPOSED] ORDER** |

WHEREAS, Defendant CashEdge, Inc. ("CashEdge") filed its Motion for Leave to Amend Final Invalidity Contentions ("CashEdge's Motion") on April 25, 2007, and noticed the hearing before the Honorable Susan Illston for the first available day on the Court's on-line calendar, June 8, 2007; and

WHEREAS, Yodlee and Defendant CashEdge, Inc. ("CashEdge") wish to resolve this issue expeditiously so that they can determine whether and to what extent they must take fact discovery on

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION TO SHORTEN BRIEFING SCHEDULE
ON CASHEDGE'S MOTION FOR LEAVE TO AMEND
ITS INVALIDITY CONTENTIONS                    CASE NO. 05-01550 (SI)

the prior art CashEdge wishes to include in its Final Invalidity Contentions; and

WHEREAS, Yodlee and CashEdge have agreed to shorten the briefing schedule and, with the Court's permission, move up the hearing so that the parties will know whether the amendment will be allowed while there is sufficient time left before the fact discovery deadline; and

WHEREAS, Yodlee and CashEdge have further specifically agreed that Yodlee will file its Opposition to CashEdge's Motion on or before May 7, 2007, and CashEdge will file its Reply to Yodlee's Opposition on or before May 11, 2007, and with the Court's permission, CashEdge's Motion shall be heard on May 18, 2007 at 9:00 a.m.; and

WHEREAS, other than the modified dates above, this requested time modification would not affect the overall schedule of the case;

IT IS STIPULATED THAT Yodlee's Opposition shall be filed on May 7, 2007; CashEdge's Reply shall be filed on May 11, 2007; and the Motion shall be heard on May 18, 2007 at 9:00 a.m. before the Honorable Susan Illston.

DATED: April 30, 2007            GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
    Sarah E. Piepmeier

Attorneys for Defendant
CASHEDGE, INC.

DATED: April 30, 2007            FISH & RICHARDSON, P.C.

By: _____/s/_____
    David Barkan

Attorneys for Plaintiff
YODLEE, INC.

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION TO SHORTEN BRIEFING SCHEDULE
ON CASHEDGE'S MOTION FOR LEAVE TO AMEND
ITS INVALIDITY CONTENTIONS                                      CASE NO. 05-01550 (SI)

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Sarah E. Piepmeier, attest that I obtained the concurrence of David Barkan in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 30th day of April, 2007 at San Francisco, California.

/s/

Sarah E. Piepmeier

100214158_1.DOC

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION TO SHORTEN BRIEFING SCHEDULE
ON CASHEDGE'S MOTION FOR LEAVE TO AMEND
ITS INVALIDITY CONTENTIONS                      CASE NO. 05-01550 (SI)

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May __, 2007.



_____
Honorable Susan Illston
United States District Judge

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION TO SHORTEN BRIEFING SCHEDULE
ON CASHEDGE'S MOTION FOR LEAVE TO AMEND
ITS INVALIDITY CONTENTIONS                    CASE NO. 05-01550 (SI)