Josh A. Krevitt, SBN 208552
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com

Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404
wbarsky@gibsondunn.com
spiepmeier@gibsondunn.com

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CASHEDGE, INC.,<br><br>　　　　　Defendant. | CASE NO. C 05-01550 (SI)<br><br>**JOINT STIPULATION SHORTENING BRIEFING SCHEDULE ON CASHEDGE'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER AND COUNTERCLAIMS AND [PROPOSED] ORDER** |

WHEREAS, Defendant CashEdge, Inc. ("CashEdge") filed its Motion for Leave to File Its First Amended Answer And Counterclaims on May 15, 2007, and noticed the hearing before the Honorable Susan Illston for the first available day on the Court's on-line calendar, for June 22, 2007; and

WHEREAS, Plaintiff Yodlee, Inc. ("Yodlee") and CashEdge wish to resolve this issue expeditiously; and

---

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION SHORTENING BRIEFING SCHEDULE ON
CASHEDGE'S MOTION FOR LEAVE TO FILE AMENDED ANSWER　　　　　　　　　　　　　　　　CASE NO. 05-01550 (SI)

1  WHEREAS, Yodlee and CashEdge have agreed to shorten the briefing schedule and, with the
2  Court's permission, move up the hearing; and

3  WHEREAS, Yodlee and CashEdge have further specifically agreed that Yodlee will file its
4  Opposition to CashEdge's Motion on or before May 22, 2007, and CashEdge will file its Reply to
5  Yodlee's Opposition on or before May 25, 2007, and with the Court's permission, CashEdge's
6  motion shall be heard on June 1, 2007 at 9:00 a.m.; and

7  WHEREAS, other than the modified dates above, this requested time modification would not
8  affect the overall schedule of the case, which provides that fact discovery is to close on July 13, 2007;

9  IT IS STIPULATED THAT Yodlee's Opposition shall be filed on May 22, 2007; CashEdge's
10 Reply shall be filed on May 25, 2007; and the Motion shall be heard on June 1, 2007 at 9:00 am
11 before the Honorable Susan Illston.

13 DATED: May 16, 2007                     GIBSON, DUNN & CRUTCHER LLP

15                                          By:         /s/
                                                   Sarah E. Piepmeier

17                                          Attorneys for Defendant
                                            CASHEDGE, INC.

18 DATED: May 16, 2007                     FISH & RICHARDSON, P.C.

20                                          By:         /s/
                                                    David Barkan

22                                          Attorneys for Plaintiff
                                            YODLEE, INC.

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION SHORTENING BRIEFING SCHEDULE ON
CASHEDGE'S MOTION FOR LEAVE TO FILE AMENDED ANSWER                    CASE NO. 05-01550 (SI)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sarah E. Piepmeier, attest that I obtained the concurrence of David Barkan in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 16th day of May, 2007 at San Francisco, California.

/s/

Sarah E. Piepmeier

3

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION SHORTENING BRIEFING SCHEDULE ON
CASHEDGE'S MOTION FOR LEAVE TO FILE AMENDED ANSWER          CASE NO. 05-01550 (SI)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May __, 2007.

_____
Honorable Susan Illston
United States District Judge

4

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION SHORTENING BRIEFING SCHEDULE ON
CASHEDGE'S MOTION FOR LEAVE TO FILE AMENDED ANSWER         CASE NO. 05-01550 (SI)