David M. Barkan (CSB No. 160825/barkan@fr.com)
Craig R. Compton (CSB No. 215491/compton@fr.com)
Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
YODLEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CASHEDGE, INC.<br><br>　　　Defendant. | Case No. C 05-01550 (SI)<br><br>**[PROPOSED] ORDER GRANTING YODLEE'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO CASHEDGE'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Date:　　June 1, 2007<br>Time:　　9:00 a.m.<br>Place:　　Court Room 10. 19th Floor<br>Judge:　　Honorable Susan Illston |

　　　Having consider Plaintiff Yodlee, Inc.'s Motion for Leave to File a Sur-Reply to Defendant CashEdge, Inc's Reply Brief in Support of its Motion for Leave to File First Amended Answer and Counterclaims, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that Yodlee's Motion for Leave to File a Sur-Reply to CashEdge's Reply Brief in Support of its Motion for Leave to File First Amended Answer and

| | |
|---|---|
| 1 | Counterclaims is **GRANTED**.  The Sur-Reply (which was included in Yodlee's Motion for Leave |
| 2 | to File a Sur-Reply) shall be deemed filed as of May 29, 2007. |
| 3 | |
| 4 | Dated: _____, 2007     *Susan Illston* |
| 5 |             The Honorable Susan Illston             United States District Court Judge |

50418344.doc

[PROPOSED] ORDER GRANTING YODLEE'S MOTION FOR
LEAVE TO FILE A SUR-REPLY TO CASHEDGE'S REPLY BRIEF
IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE FIRST
AMENDED ANSWER AND COUNTERCLAIMS
Case No. C05-01550 (SI)