1 Josh A. Krevitt, SBN 208552
GIBSON, DUNN & CRUTCHER LLP
2 200 Park Avenue
New York, NY 10166-0193
3 Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035
4 jkrevitt@gibsondunn.com

5 Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
6 GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
7 San Francisco, California 94104
Telephone:     (415) 393-8200
8 Facsimile:     (415) 374-8404
wbarsky@gibsondunn.com
9 spiepmeier@gibsondunn.com

10 Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASHEDGE, INC.,<br><br>　　　　　Defendant. | CASE NO. C 05-01550 (SI)<br><br>**JOINT STIPULATION EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

　　　WHEREAS, Plaintiff Yodlee, Inc. ("Yodlee") filed its Motion for Summary Judgment of Infringement of the '077 Patent ("Yodlee's Motion") on March 20, 2007, and noticed the hearing for April 27, 2007; and

　　　WHEREAS, the Court *sua sponte* entered an Order on March 21, 2007 that continued the hearing on Yodlee's Motion until May 11, 2007; and

1       WHEREAS, Defendant CashEdge, Inc. ("CashEdge") requested a continuation moving the
2  hearing on Yodlee's Motion from May 11, 2007, to June 8, 2007; and

3
4       WHEREAS, Yodlee agreed to this continuation, and the Court entered a Stipulated Order on
   April 24, 2007 that continued the hearing on Yodlee's Motion until June 8, 2007; and
5

6       WHEREAS, CashEdge requested a second continuation moving the hearing on Yodlee's
7  Motion from June 8, 2007, to June 29, 2007; and

8
9       WHEREAS, Yodlee agreed to this second continuation and the Court entered a Stipulated
   Order on May 8, 2007 that continued the hearing on Yodlee's Motion until June 29, 2007; and
10

11      WHEREAS, CashEdge has now made a third request to continue the hearing on Yodlee's
12  Motion until July 6, 2007 at 9:00 a.m.; and

13
       WHEREAS, Yodlee does not oppose this request; and
14

15      WHEREAS, Yodlee and CashEdge have further agreed that CashEdge will file its Opposition
16  to Yodlee's Motion on or before June 12, 2007, and Yodlee will file its Reply to CashEdge's
17  Opposition on or before June 22, 2007; and

18
19      WHEREAS, Yodlee and CashEdge have also agreed that if the hearing on Yodlee's Motion is
    continued beyond July 6, 2007, CashEdge's Opposition shall be due 24 days before the hearing, and
20
    Yodlee's Reply shall be due 14 days before the hearing;
21

22      IT IS STIPULATED THAT CashEdge's Opposition shall be filed on June 12, 2007; Yodlee's
23  Reply shall be filed on June 22, 2007; and the Motion shall be heard on July 6, 2007 at 9:00 a.m.
24  before the Honorable Susan Illston.

25
26
27
28

1
2  DATED: June 1, 2007				FISH & RICHARDSON, P.C.
3
4								By:  /s/
5								        David Barkan
6								Attorneys for Plaintiff
								YODLEE, INC.
7
8  DATED: June 1, 2007				GIBSON, DUNN & CRUTCHER LLP
9
10								By:  /s/
								        Sarah E. Piepmeier
11
12								Attorneys for Defendant
								CASHEDGE, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sarah E. Piepmeier, attest that I obtained the concurrence of counsel for Yodlee in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 1st day of June, 2007 at San Francisco, California.

                                                                        /s/

                                                            Sarah E. Piepmeier

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June __, 2007.

_____
Honorable Susan Illston
United States District Judge