David M. Barkan (State Bar No. 160825/barkan@fr.com)
Craig R. Compton (State Bar No. 215491/compton@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff YODLEE, INC.

Josh Krevitt (Admitted pro hac vice/jkrevitt@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Wayne M. Barsky (State Bar No. 116731/wbarsky@gibsondunn.com)
Sarah Piepmeier (State Bar No. 227094/spiepmeier@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CASHEDGE, INC.,<br><br>　　　　　Defendant. | Case No. C 05-01550 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE AND HEARING DATE FOR CASHEDGE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** |

Counsel for Yodlee, Inc. and CashEdge Inc., having conferred and arrived at an agreement to extend the briefing schedule and hearing date for CashEdge's Motion for Summary Judgment of Invalidity of the '077 and '783 Patents (originally filed on June 29th and noticed for August 3rd), the parties hereby stipulate as follows:

1  - Yodlee will file and serve its opposition to CashEdge's motion on or before August 14, 2007;

2  - CashEdge will file and serve its reply to Yodlee's opposition on or before August 24, 2007;

3  - The hearing on CashEdge's motion is continued to September 7, 2007, or such later date as may be convenient to the Court; and,

4  - In the event the Court schedules the hearing for a date later than September ~~7~~ 14, 2007, Yodlee's opposition papers shall be filed and served 24 days in advance of the hearing, and CashEdge's reply papers shall be filed and served 14 days in advance of the hearing.

Dated: July 3, 2007                                              Dated: July 3, 2007

FISH & RICHARDSON P.C.                           GIBSON, DUNN & CRUTCHER LLP

By: /s/ David M. Barkan                                By: /s/ Wayne M. Barsky
    David M. Barkan                                         Wayne M. Barsky

Attorneys for Plaintiff                                    Attorneys for Defendant
YODLEE, INC.                                              CASHEDGE INC.

### DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Wayne M. Barsky.

Dated: July 3, 2007                                              FISH & RICHARDSON P.C.

By: \s\ David M. Barkan
    David M. Barkan

Attorneys for Plaintiff
YODLEE, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2007

_Susan Illston_ (signature)

_____
Honorable Susan Illston
United States District Judge

50343703