Josh A. Krevitt, SBN 208552
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com

Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404
spiepmeier@gibsondunn.com

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>                     Plaintiff,<br><br>       v.<br><br>CASHEDGE, INC.,<br><br>                     Defendant. | CASE NO. C 05-01550 (SI)<br><br>**JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]**<br>**AMENDED SCHEDULING ORDER** |

The parties, having met and conferred, respectfully and jointly request that the Court enter an amended scheduling Order in the form set forth below.

Good cause for such an Order exists, and the parties' joint request should be granted because both parties have diligently endeavored, and continue to endeavor, to prepare this multi-patent case for trial on the existing trial schedule. Following CashEdge's substitution of new counsel submitted on March 13, 2007, and continuing until this day, the parties have been working diligently to resolve certain substantial and complex discovery and case management issues without burdening the Court. During this time, the parties have also fully briefed, and the Court has heard, a Motion for Summary

Judgment; in addition, CashEdge has filed a separate Motion for Summary Judgment. Given the complexity and scope of this action, the parties mutually believe that additional time for discovery and expert reports is necessary. The proposed schedule submitted herewith does *not*, however, alter the existing trial date. Further, the parties note that since three Motions for Summary Judgment have already been filed (two of which are pending as of the date of this Stipulation, and one of which was decided in late 2006), the parties believe it is unlikely that multiple additional summary judgment motions would be filed on the last day to file dispositive motions.

The parties therefore desire to proceed, subject to the Court's approval, in accordance with the following schedule.[1] The parties have endeavored to propose a schedule that maintains the existing trial date, currently set for November 19, 2007, and related pretrial dates. *See* April 12, 2007 Order, Docket No. 129.

**THE PARTIES' PROPOSED SCHEDULE**

| Original Dates | Proposed New Dates | Event |
| --- | --- | --- |
| July 13, 2007 | Aug. 10, 2007 | Close of fact discovery |
| July 27, 2007 | Aug. 15, 2007 | Expert reports on subjects for which the party bears the burden of proof |
| Aug. 20, 2007 | Sept. 5, 2007 | Expert reports in reply to expert reports received |
| Aug. 31, 2007 | Sept. 12, 2007 | Close of expert discovery |
| Aug. 31, 2007 | Sept. 14, 2007 | Last day for parties to file dispositive motions |
| Sept. 21, 2007 | Sept. 28, 2007 | Opposition briefs due to dispositive motions filed on last possible day to file |

---

[1] While CashEdge will continue to work with Yodlee to make every effort to prepare this case for trial in accordance with the existing trial date, CashEdge is concerned that the parties may not, despite their best efforts, be successful in this regard, and CashEdge therefore respectfully reserves the right to request a modification of these dates at a later time, should that become appropriate.

| Original Dates | Proposed New Dates | Event |
|---|---|---|
| Sept. 28, 2007 | Oct. 5, 2007 | Reply briefs due to dispositive motions filed on last day possible day to file |
| Oct. 12, 2007 | Oct. 19, 2007 | Hearing on dispositive motions |
| Oct. 23, 2007 | Oct. 23, 2007 | Joint Pretrial Statement |
| Nov. 6, 2007 | Nov. 6, 2007 | Pretrial conference 3:30 p.m. |
| Nov. 19, 2007 | Nov. 19, 2007 | Jury Trial 8:30 a.m. |

The parties hereby jointly agree to proceed in accordance with the proposed schedule until the Court approves it or directs otherwise.

For the foregoing reasons, the parties respectfully request that the Court enter the proposed Order.

DATED:  July 26, 2007                                        FISH & RICHARDSON, P.C.


                                                             By:              /s/
                                                                      Jonathan J. Lamberson

                                                             Attorneys for Plaintiff YODLEE, INC.


DATED:  July 26, 2007                                        GIBSON, DUNN & CRUTCHER LLP


                                                             By:              /s/
                                                                      Sarah E. Piepmeier

                                                             Attorneys for Defendant CASHEDGE, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sarah E. Piepmeier, attest that I obtained the concurrence of Jonathan J. Lamberson in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 26th day of July, 2007 at San Francisco, California.

/s/
Sarah E. Piepmeier

## [PROPOSED] ORDER

Good cause having been shown, IT IS SO ORDERED.

Dated:    July 27    , 2007.



_____
Honorable Susan Illston
United States District Judge

JOINT STIPULATION AND [PROPOSED]
AMENDED SCHEDULING ORDER                                    CASE NO. 05-01550 (SI)

Gibson, Dunn &
Crutcher LLP