David M. Barkan (160825/barkan@fr.com)
Craig R. Compton (215491/compton@fr.com)
Jonathan J. Lamberson (239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
YODLEE, INC.


GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
200 Park Avenue
New York, NY 10166-0193
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035
jkrevitt@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
One Montgomery Street, Suite 3100
San Francisco, California  94104
Telephone:   (415) 393-8200
Facsimile:   (415) 374-8404
wbarsky@gibsondunn.com
spiepmeier@gibsondunn.com

Attorneys for Defendant
CASHEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YODLEE, INC.<br><br>   Plaintiff,<br><br>   v.<br><br>CASHEDGE, INC.<br><br>   Defendant. | Case No. C 05-01550 (SI)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING THE '073, '245, '910 AND '451 PATENTS WITHOUT PREJUDICE** |

1  WHEREAS Plaintiff Yodlee, Inc. ("Yodlee") and Defendant CashEdge, Inc. ("CashEdge") wish to dismiss their respective claims and counterclaims with regard to U.S. Patent Nos. 6,412,073 ("the '073 Patent"), 6,405,245 ("the '245 Patent"), 6,633,910 ("the '910 Patent") and 6,510,451 ("the '451 Patent"), which are now pending in the action entitled *Yodlee, Inc. v. CashEdge, Inc.*, Case No. 05-01550 (SI); and

WHEREAS Yodlee hereby covenants and unconditionally agrees, with the exception noted in footnote 1, that it will not sue defendant CashEdge (together with its past, present, and future directors, officers, parents, subsidiaries, customers, resellers, partners, affiliated companies, and joint ventures, as well as CashEdge's heirs, assigns, and successors) or its customers for any claims of infringement of the '073, '245, '910 and '451 Patents with respect to past or present products[1] that CashEdge has made, used, or sold, offered for sale, or imported into the United States as of the date of this stipulation;

IT IS HEREBY THEREFORE STIPULATED by and between CashEdge and Yodlee, through their respective counsel of record, that pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, all claims and counterclaims made under the '073, '245, '910 and '451 Patents shall be dismissed without prejudice. *See Gronholz v. Sears, Roebuck & Co.*, 836 F.2d 515, 517-18 (Fed. Cir. 1987) (noting that voluntary dismissal of fewer than all claims in an action is treated as an amendment of the pleadings pursuant to Fed. R. Civ. Proc. 15). This stipulation has no effect upon any claims or counterclaims arising under any other patent asserted in this action.

---

[1] With respect to the '073 and '245 patents, CashEdge 30(b)(6) witnesses have stated that CashEdge discontinued offering an auto-login feature in 2004. Sokolic Depo., 57:3-58:3. Based on this statement, Yodlee covenants not to sue for any past use, sale, offer for sale, or importation of products containing this feature, but expressly reserves the right to sue (a) for any future use, sale, offer for sale, or importation of products containing or re-introducing an auto-login feature, or (b) if Yodlee subsequently determines that the statements concerning CashEdge's discontinuation of its auto-login feature were incorrect.

1  Dated: August 17, 2007                    FISH & RICHARDSON, P.C.

2

3

                                             By:   */s/ David M. Barkan*
4                                                  David M. Barkan

5                                            Attorneys for Plaintiff YODLEE, INC.

6

7
   Dated: August 17, 2007                    GIBSON, DUNN & CRUTCHER LLP
8

9

10                                           By:   */s/ Sarah E. Piepmeier*
                                                   Sarah E. Piepmeier
11
                                             Attorneys for Defendant CASHEDGE, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING THE
'073, '245, '910 AND '451 PATENTS WITHOUT PREJUDICE
Case No. C 05-01550 (SI)

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David M. Barkan, attest that I obtained the concurrence of Sarah E. Piepmeier in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 17th day of August, 2007 at Redwood City, California.

/s/ David M. Barkan
David M. Barkan

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

All claims and counterclaims made under the '073, '245, '910 and '451 Patents shall be dismissed without prejudice. This order has no effect upon any claims or counterclaims arising under any other patent asserted in this case.

Dated: August ____, 2007.

_____
Honorable Susan Illston
United States District Judge

50426195.doc