David M. Barkan (State Bar No. 160825/barkan@fr.com)
Craig R. Compton (State Bar No. 215491/compton@fr.com)
Jonathan J. Lamberson (State Bar. No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff YODLEE, INC.

Josh Krevitt (State Bar No. 208552/jkrevitt@gibsondunn.com)
Richard M. Koehl (Admitted pro hac vice/rkoehl@gibsondunn.com)
Anne Champion (Admitted pro hac vice/achampion@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Wayne M. Barsky (State Bar No. 116731/wbarsky@gibsondunn.com)
Sarah Piepmeier (State Bar No. 227094/spiepmeier@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 374-8404

Attorneys for Defendant CASHEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASHEDGE, INC., <br><br> Defendant. | Case No. C 05-01550 (SI) <br><br> **STIPULATION AND [PROPOSED] ORDER RE STAY OF CASE WHILE PARTIES REDUCE TERM SHEET INTO A FORMAL SETTLEMENT AGREEMENT** |

Yodlee, Inc. and CashEdge, Inc. have conferred and reached agreement on a settlement in principle to resolve this matter. The parties have signed a term sheet outlining the provisions of the agreement and have further agreed to diligently reduce the term sheet into a formal and final

settlement agreement. The parties stipulate and respectfully request that the Court enter an Order staying all proceedings for 14 days while the parties draft the Final Settlement Agreement.

In the unlikely event that the parties are unable to complete a final agreement, they will promptly meet and confer and propose an appropriate schedule for the remainder of the case.

Dated: August 31, 2007                              Dated: August 31, 2007

FISH & RICHARDSON P.C.                              GIBSON, DUNN & CRUTCHER LLP


By:   /s/ David M. Barkan                           By:   /s/ Josh A Krevitt
      David M. Barkan                                     Josh A. Krevitt

Attorneys for Plaintiff                             Attorneys for Defendant
YODLEE, INC.                                        CASHEDGE, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Josh A. Krevitt.

Dated: August 31, 2007                              FISH & RICHARDSON P.C.

                                                    By:   \s\ David M. Barkan
                                                          David M. Barkan

                                                    Attorneys for Plaintiff
                                                    YODLEE, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that all proceedings in this case shall be stayed for 14 days while the parties reduce agreed upon terms into a Final Settlement Agreement.

Dated: _____, 2007

                                                    _____
                                                    Honorable Susan Illston
                                                    United States District Judge

50435420.doc

2

STIP. & [PROPOSED] ORDER RE STAY OF CASE WHILE PARTIES
REDUCE TERM SHEET INTO A FORMAL SETT. AGMT.
Case No. C 05-01550 (SI)