| | |
|---|---|
| 1 | David M. Barkan (State Bar No. 160825/barkan@fr.com) |
| | Craig R. Compton (State Bar No. 215491/compton@fr.com) |
| 2 | Jonathan J. Lamberson (State Bar. No. 239107/Lamberson@fr.com) |
| | FISH & RICHARDSON P.C. |
| 3 | 500 Arguello Street, Suite 500 |
| | Redwood City, California 94063 |
| 4 | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| 5 | |
| | Attorneys for Plaintiff YODLEE, INC. |
| 6 | |
| | Josh A. Krevitt (State Bar No. 208552/jkrevitt@gibsondunn.com) |
| 7 | Richard M. Koehl (Admitted pro hac vice/rkoehl@gibsondunn.com) |
| | Anne Champion (Admitted pro hac vice/achampion@gibsondunn.com) |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| 9 | New York, NY 10166-0193 |
| | Telephone: (212) 351-4000 |
| 10 | Facsimile: (212) 351-4035 |
| 11 | Wayne M. Barsky (State Bar No. 116731/wbarsky@gibsondunn.com) |
| | Sarah Piepmeier (State Bar No. 227094/spiepmeier@gibsondunn.com) |
| 12 | GIBSON, DUNN & CRUTCHER LLP |
| | One Montgomery Street, Suite 3100 |
| 13 | San Francisco, CA 94104 |
| | Telephone: (415) 393-8200 |
| 14 | Facsimile: (415) 374-8404 |
| 15 | Attorneys for Defendant CASHEDGE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC., | Case No. C 05-01550 (SI) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE WITHOUT PREJUDICE** |
| v. | |
| CASHEDGE, INC., | |
| Defendant. | |

Pursuant to the parties' settlement agreement, Plaintiff Yodlee, Inc., and Defendant CashEdge, Inc., by and through their undersigned counsel of record, hereby stipulate and move for an order dismissing the above-captioned case, including all claims and counterclaims, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). This Order supersedes the Order of

Conditional Dismissal entered on September 19, 2007. The parties further stipulate that each party shall be responsible for its own costs and attorneys fees related to this action.

| Dated: September 21, 2007 | Dated: September 21, 2007 |
|---|---|
| FISH & RICHARDSON P.C. | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ David M. Barkan<br>David M. Barkan | By: /s/ Josh A. Krevitt<br>Josh A. Krevitt |
| Attorneys for Plaintiff<br>YODLEE, INC. | Attorneys for Defendant<br>CASHEDGE INC. |

### DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Josh A Krevitt.

Dated: September 21, 2007        FISH & RICHARDSON P.C.

By: \s\ David M. Barkan
     David M. Barkan

Attorneys for Plaintiff
YODLEE, INC.

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that all claims and counterclaims in this case are dismissed without prejudice.

Dated: 9/24/07, 2007

Honorable Susan Illston
United States District Judge

50436120.doc